4

# RULE 16 CONFERENCE MINUTES

DATE: 12/15/09

CASE NO. 4:09cv1736MLM

CASE SHORT NAME: Reich & Owens v. Regent Asset Mgmt.

JUDGE: Mary Ann L. Medler

DEPUTY CLERK: none

PARTIES PRESENT: ☐ In Person   ☒ By Telephone   ☐ Both

SCHEDULING CONFERENCE HELD IN:   ☒ Chambers   ☐ Courtroom☐

Other **CASE MANAGEMENT ORDER TO FOLLOW.**

COURT REPORTER PRESENT? ☐ Yes ☒ No

PROCEEDINGS COMMENCED: 130    CONCLUDED: 146